1  Gary M. Messing, Bar No. 075363
   James W. Henderson, Jr., Bar No. 071170
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  980 9th Street, Suite 380
   Sacramento, California 95814
4  Telephone:     916.446.5297
   Facsimile:     916.448.5047
5
   Attorneys for Plaintiff GEORGE OZBURN
6

7

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  GEORGE OZBURN,                    Case No. 1:13-CV-00790-BAM

12          Plaintiff,                **CONSENT ORDER GRANTING SUBSTITUTION
                                      OF ATTORNEY**
13      v.

14  COUNTY OF FRESNO,

15          Defendant.

16

17      NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiff GEORGE

18  OZBURN substitutes James W. Henderson, Jr., State Bar No. 071170, c/o Messing Adam &

19  Jasmine LLP as counsel for record in place of James W. Henderson, Jr., State Bar No. 071170, c/o

20  Carroll, Burdick & McDonough LLP.  Contact information for new counsel is as follows:

21                  Messing Adam & Jasmine LLP

22                  980 9th Street, Suite 380

23                  Sacramento, CA 95814

24      Telephone: (916) 446-5297 / Facsimile: (916) 448-5047

25              Email: jhenderson@majlabor.com

26

27

28

Carroll, Burdick &
McDonough LLP
Attorneys at Law
Sacramento

                                      Case No. 1:13-CV-00790-BAM
                CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

1  I consent to the above substitution.

2                                              /s/ George Ozburn

3  Date:                                       _____
                                               George Ozburn

4

5  I consent to being substituted.            **CARROLL, BURDICK & MCDONOUGH LLP**

6                                              /s/ David Godwin

7  Date: 4/29/15                               _____
                                               David Godwin

8

9  I consent to the above substitution.       **MESSING ADAM & JASMINE LLP**

10                                             /s/ James W. Henderson, Jr.

11  Date: 4/17/15                              _____
                                               James W. Henderson, Jr.

12

13

14                          ORDER

15          The substitution of attorney is hereby approved.

16

17  IT IS SO ORDERED.

18  Dated:   **April 30, 2015**            /s/ Barbara A. McAuliffe
                                           _____
19                                         UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO