McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael G. Woods, #58683
Christina C. Tillman, #258627
7647 N Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GEORGE OZBURN,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF FRESNO,<br><br>          Defendant. | Case No. 1:13-CV-00790 BAM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER
APPROVING SETTLEMENT AND DISMISSING ACTION

1  IT IS HEREBY STIPULATED by and between Plaintiff GEORGE OZBURN and
2  Defendant COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice,
3  that Plaintiff GEORGE OZBURN waives all rights of appeal in connection with this action and that
4  all parties shall bear their own costs and attorney's fees.

6  Dated: September 22, 2016          McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP

9                                      By: /s/ Christina C. Tillman
                                           Michael G. Woods
10                                         Christina C. Tillman
                                        Attorneys for Defendant COUNTY OF FRESNO

13 Dated: September 30, 2016          MESSING, ADAM & JASMINE, LLP

15                                     By: /s/ James W. Henderson, Jr.
                                           James W. Henderson, Jr.
16                                         Attorneys for Plaintiff
                                           GEORGE OZBURN

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER
APPROVING SETTLEMENT AND DISMISSING ACTION

**ORDER**

Based on the Stipulation of the parties hereto, the Declaration of James W. Henderson, Jr. Esq. in Support of Settlement, the Court's review of the Settlement Agreement, the Court's knowledge of the case and good cause appearing therefor,

The Court hereby approves the settlement between the Defendant and the Plaintiff and IT IS ORDERED that the Complaint of Plaintiff GEORGE OZBURN, is dismissed with prejudice and that Plaintiff GEORGE OZBURN has waived any right of appeal in connection with this matter. The respective parties shall each bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  **November 1, 2016**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION